

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2014

No. 04-14-00132-CR

Leonard Garcia **LAZO**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-05-00060-CRK
Honorable Bert Richardson, Judge Presiding

# O R D E R

Appellant's brief is due June 27, 2014. Appellant's court-appointed attorney has filed a motion for a forty-five day extension of time to file the brief. The motion asserts counsel intends to file an *Anders* brief and motion to withdraw and that the extension of time is necessary to provide appellant an opportunity to file a pro se brief. We **grant the motion in part** and order appellant's brief due **July 11, 2014**.

When appointed counsel files an *Anders* brief, he is required to include as an exhibit a copy of the letter sent to his client. The letter must: (1) notify appellant that counsel has filed an *Anders* brief and motion to withdraw and enclose copies of the documents, (2) inform appellant of his right to review the appellate record and file a pro se brief, (3) inform appellant of his right to file a pro se petition for discretionary review should the court of appeals determine the appeal is frivolous, and (4) "take concrete measures to initiate and facilitate the process of actuating [appellant's] right to review the appellate record, if that is what [appellant] wishes." *Kelly v. State*, No. PD-0702-13, 2014 WL 2865901 (June 25, 2014); *Ex parte Owens*, 206 S.W.3d 670674 n. 28 (Tex. Crim. App. 2006); *Meza v. State*, 206 S.W.3d 684 (Tex. Crim. App. 2006). With respect to the last requirement, counsel may either send a copy of the appellate record to his client or advise his client that if he wishes to review the appellate record, he must file a motion in this court within ten days of counsel's letter, requesting access to the record. *Kelly*, 2014 WL 2865901. Counsel must include with his letter a form motion for this purpose, advise his client to sign and date the motion and mail it to this court within ten days, and supply his client with this court's mailing address. *Id.*

After counsel has filed his *Anders* brief and motion to withdraw and appellant has been given the opportunity to obtain access to the record, this court will set a due date for appellant's pro se brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court